844

No. 94–9587. TRICE *v.* WILLIAMS ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–9588. WHITE *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–9589. MALLORY ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–9590. MCADAMS *v.* AUTOMOTIVE RENTALS, INC. Sup. Ct. Ark. Certiorari denied.

No. 94–9591. BROWN *v.* MCCAUGHTRY, WARDEN. Ct. App. Wis. Certiorari denied.

No. 94–9592. WILLIAMS *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 94–9593. WALLACE *v.* NEWSOME, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 94–9594. LOWERY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–9595. JONES *v.* ITT FINANCIAL SERVICES, DBA AETNA FINANCE CO. C. A. 5th Cir. Certiorari denied.

No. 94–9596. MEDRANO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–9597. O'ROURKE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–9598. ROBERTSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–9599. MARTEL *v.* NEW HAMPSHIRE; and MARTEL *v.* CITY OF CONCORD. Dist. Ct. N. H., Concord Dist. Certiorari denied.

No. 94–9600. SCOFIELD *v.* ZENON, SUPERINTENDENT, OREGON STATE CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.